■ SHAMROCK GAS & OIL, INC., Respondent, v. STERLING STATIONS, INC., Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of LOUIS J. CUZZIVOGLIO, Appellant, v. J. CARROLL HAMLIN, as Commissioner of Public Safety of the City of Utica, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ GERTRUDE CHEW, as Administratrix of the Estate of MEARL CHEW, Deceased, Respondent, v. DELORES H. DUFFY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH HOWARD BORRERO, Petitioner, v. GERALD HOWARD, Respondent.— Motion granted to prosecute appeal on typewritten briefs, and on a typewritten record and an original transcript of all testimony that will properly be before this court on appeal, on condition that appellant's attorney furnish the attorney for the respondent a copy of everything that is to be submitted.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD DADE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT BROWN. (C) JOHN D'ANGELO, Plaintiff, v. ERIE RAIL ROAD Co. et al., Defendants.— [In each action] Order of substitution of attorneys entered.

15 (A) In the Matter of DOROTHY S. CLARK et al., v. TIMOTHY D. CLARK et al., as Trustees under the Will of MELVILLE CLARK, Deceased. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES HUMBERT.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) ROCHESTER HAPPY HOUSE, INC., et al., Appellants, v. HAPPY HOUSE SHOPS, INC., Respondent. (B) In the Matter of WILLIAM E. VICKERY, Petitioner, v. THOMAS E. ROHAN et al., Constituting the STATE LIQUOR AUTHORITY, Respondent.— [In each action] Motion granted and case added to May Calendar.

■ FREDERICK HERRMANN, Respondent, v. LOBLAW, INC., Appellant, and EMGOL, INC., Respondent.— Motion to add to May Calendar denied.

■ VIRGINIA HAYNOS, as Administratrix of the Estate of STELLA PARWULSKI, Deceased, Respondent, v. CLARA KRUPCZYK, Appellant.— Motion to strike from May Calendar and to stay argument of appeal denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO CERZA v. ROBERT E. MURPHY, as Warden of Auburn Prison. (B) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD EUGENE KINCAID. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMIE HAROLD JOHNSON v. WALTER H. WILKINS, as Warden of Attica Prison.— [In each action] Motion granted to prosecute appeal on original record and typewritten briefs.